IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE COLEMAN AND JANELLE BOWMER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | CLASS ACTION<br>NO. 09-679 |
| MITCHELL AND RANDI SCHWARTZ, and EDWARD AND MARY BURNSIDE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LAWYERS TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION<br>NO. 09-841 |

## **ORDER**

**AND NOW**, this 16th day of August 2016, upon consideration of Plaintiffs' Corrected Motion for Class Certification (Doc. No. 116), Defendants' Motion in Opposition (Doc. No. 120), Plaintiffs' Reply (Doc. No. 127), Defendants' Surreply in Opposition (Doc. No. 132), Plaintiffs' Sur-Surreply (Doc. No. 134), the parities supplement briefs on the Motion for Class Certification (Doc. Nos. 143, 144), Defendants' Motion to Strike (Doc. No. 147), Plaintiffs' Response in Opposition to the Motion to Strike (Doc. No. 149), and Defendants' Reply (Doc.

No. 149), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiffs' Corrected Motion for Class Certification (Doc. No. 116) is **DENIED.**

2. Defendants' Motion to Strike (Doc. No. 147) is **GRANTED.**

3. The Opinion of the Court dated August 16, 2016 shall be filed **UNDER SEAL.**[1]

4. The Clerk of Court shall close these cases for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] In the Opinion, the Court references matters that have been placed under seal in this case. If the parties agree that the Opinion of the Court should not be placed under seal, they should notify the Court, and the Order to seal the Opinion will be vacated.